# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
### WEST PALM BEACH DIVISION

**In re**

**JACOBS, JAY PAUL, II**
**JACOBS, MARIA**

**Case No. 09-11340-BKC-EPK**
**Chapter 7**



**Debtor(s).**

## NOTICE OF DEPOSIT OF FUNDS WITH THE
## U.S. BANKRUPTCY COURT CLERK

Notice is hereby given that:

( )    The Trustee has a balance of $*** remaining in his bank account which represents unpresented checks drawn and mailed to creditors of the above named Debtor in accordance with the Order for Payment of Dividends.  Your Trustee has made a good faith effort to verify the correct mailing address for said creditor(s) and deliver the funds before presenting this notice.  More than sufficient time has passed for these checks to be presented for payment; or

(XX )  The Trustee has a balance of $2.12 remaining in his bank account which represents small dividends as defined by F.R.B.P. 3010.

Attached and made a part of this notice is a list, pursuant to F.R.B.P. 3011, of the names,

claim numbers and addresses of the creditors and the amounts to which they are entitled.

**WHEREFORE**, your Trustee hereby gives notice that the above stated sum has been

deposited with the Clerk of the U.S. Bankruptcy Court, Southern District of Florida, to effect

closing of this estate.

Dated: April 15, 2010

Robert C. Furr
One Boca Place, Suite 337W
2255 Glades Road
Boca Raton FL 33431
Telephone: (561) 395-1840
Facsimile: (561) 338-7532
Email: trustee@furrtrustee.com

U.S. BANKRUPTCY COURT
SO. DISTRICT OF FLORIDA-WPB

APR 2 2 2010

FILED_____RECEIVED_____

**NAME:**     **JACOBS, JAY PAUL, II**
              **JACOBS, MARIA**

**CASE NO:**   **09-11340-BKC-EPK**

| Claim No | Creditor | Amount Allowed | Amount of Dividend |
|---|---|---|---|
| 7 | CHASE BANK USA NA<br>PO BOX 15145<br>Wilmington, DE 19850-5145 | $241.11 | $2.12 |
|  |  | Total: | $2.12 |